The Honorable Ronald B. Leighton

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8  UNION PACIFIC RAILROAD COMPANY, a
   Delaware corporation,

9         Plaintiff,

10        v.

11  TRAVELERS CASUALTY AND SURETY
    COMPANY (f/k/a The Aetna Casualty and
12  Surety Company), et. al.,

13        Defendants.

14  ─────────────────────────────

15  NEW ENGLAND REINSURANCE
    CORPORATION, a Connecticut corporation,

16                    Third-Party Plaintiff,

17        v.

18  PORT OF RIDGEFIELD, a Washington
    municipal corporation,

19
20                    Third-Party Defendant.
    ─────────────────────────────

21  TRAVELERS CASUALTY AND SURETY
    COMPANY (f/k/a The Aetna Casualty and
22  Surety Company),

23                    Third-Party Plaintiff,

24        v.

25  PORT OF RIDGEFIELD, a municipal
    corporation,

26
27                    Third-Party Defendant.

No. 3:18-cv-5648-RBL

STIPULATION AND
[PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 1
(No. 3:18-cv-5648-RBL)

## **STIPULATION**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, Union Pacific Railroad Company, and defendants, Travelers Casualty and Surety Company, New England Reinsurance Company and Continental Insurance Company, by and through their undersigned counsel, stipulate that all claims by and between them in the above-captioned matter, are dismissed with prejudice and without an award of fees or costs to any party.

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c)(2), Third Party Plaintiffs, Travelers Casualty and Surety Company and New England Reinsurance Company and Third Party Defendant Port of Ridgefield, by and through their undersigned counsel, stipulate that all claims by and between them in the above-captioned matter, are dismissed with prejudice and without an award of fees or costs to any party.

DATED this 27th day of December, 2019.

GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP

By *s/ Jonathan B. Sokol*
   David E. Cranston, *Pro Hac Vice*
   Jonathan B. Sokol, *Pro Hac Vice*
   1900 Avenue of the Stars, 21st Floor
   Los Angeles, CA 90067
   Telephone:  (301) 758-6897
   Email: dcranston@greenbergglusker.com
   Email: jsokol@greenbergglusker.com

   *Attorneys for Plaintiff Union Pacific*
   *Railroad Company*

DAVIS WRIGHT TREMAINE LLP

By *s/ Nancy A. Brownstein*
   Everett W. Jack, Jr, WSBA No. 47076
   Steven P. Caplow, WSBA No. 19843
   Nancy A. Brownstein, WSBA No. 50150
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone:  (206) 622-3150
   Email: jacke@dwt.com
   Email: stevencaplow@dwt.com
   Email: nancybrownstein@dwt.com

   *Attorneys for Travelers Casualty and*
   *Surety Company (f/k/a The Aetna Casualty*
   *and Surety Company)*

FORSBERG & UMLAUF, P.S.

By *s/ Matthew S. Adams*
   Matthew S. Adams, WSBA #18820

KARBAL, COHEN, ECONOMOU, SILK &
   DUNNE LLC

By *s/ Wayne S. Karbal*
   Wayne S. Karbal, *pro hac vice*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 2
(No. 3:18-cv-5648-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Charles A. Henty, WSBA #39222
901 5th Avenue, Suite 1400
Seattle, WA 98164-1039
Telephone: (206) 689-8500
Email: madams@foum.law
Email: chenty@foum.law

*Attorneys for Defendant Continental
Insurance Company*

Alan M. Posner, *pro hac vice*
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
Telephone:  (312) 431-3700
wkarbal@karballaw.com
aposner@karballaw.com

*Attorneys for Defendant New England
Reinsurance Corporation*

STOEL RIVES LLP

By *s/ Maren R. Norton*
    Maren R. Norton, WSBA #35435
    Rachel D. Groshong, WSBA #47021
    600 University Street, Suite 3600
    Seattle, WA 98101-3197
    Telephone:  (206) 624-0900
    Email: rachel.groshong@stoel.com
    Email: maren.norton@stoel.com

*Attorneys for Third Party Defendant
Port of Ridgefield*

### **[PROPOSED] ORDER**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), all claims between and among Plaintiff, Union

Pacific Railroad Company and defendants, Travelers Casualty and Surety Company, New

England Reinsurance Company and Continental Insurance Company, in the above-captioned

matter, are dismissed with prejudice and without an award of fees or costs to any party.

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c)(2), all claims between and among Third

Party Plaintiffs, Travelers Casualty and Surety Company and New England Reinsurance

Company's and Third Party Defendant Port of Ridgefield, in the above-captioned matter, are

dismissed with prejudice and without an award of fees or costs to any party.

DATED this _____ day of _____ 2019.

_____
RONALD B. LEIGHTON
United States District Court Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP

By *s/ Nancy A. Brownstein*
    Everett W. Jack, Jr, WSBA No. 47076
    Steven P. Caplow, WSBA No. 19843
    Nancy A. Brownstein, WSBA No. 50150
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone:  (206) 622-3150
    Email: jacke@dwt.com
    Email: stevencaplow@dwt.com
    Email: nancybrownstein@dwt.com
    *Attorneys for Travelers Casualty and Surety Company*
    *(f/k/a The Aetna Casualty and Surety Company)*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 4
(No. 3:18-cv-5648-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.  All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 27th day of December, 2019.

Davis Wright Tremaine LLP
*Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)*

By  *s/ Nancy A. Brownstein*
      Nancy A. Brownstein, WSBA #50150

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 5
(No. 3:18-cv-5648-RBL)
4820-3162-8719v.1 0023566-000120

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax