The Honorable Ronald B. Leighton

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNION PACIFIC RAILROAD COMPANY, a
Delaware corporation,

No. 3:18-cv-5648-RBL

9

Plaintiff,

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE

10

v.

11

12

TRAVELERS CASUALTY AND SURETY
COMPANY (f/k/a The Aetna Casualty and
Surety Company), et. al.,

13

Defendants.

14

15

NEW ENGLAND REINSURANCE
CORPORATION, a Connecticut corporation,

16

Third-Party Plaintiff,

17

v.

18

19

PORT OF RIDGEFIELD, a Washington
municipal corporation,

20

Third-Party Defendant.

21

22

TRAVELERS CASUALTY AND SURETY
COMPANY (f/k/a The Aetna Casualty and
Surety Company),

23

Third-Party Plaintiff,

24

v.

25

26

PORT OF RIDGEFIELD, a municipal
corporation,

27

Third-Party Defendant.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1
(No. 3:18-cv-5648-RBL)

## **STIPULATION**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff, Union Pacific Railroad Company, and defendants, Travelers Casualty and Surety Company, New England Reinsurance Company and Continental Insurance Company, by and through their undersigned counsel, stipulate that all claims by and between them in the above-captioned matter, are dismissed with prejudice and without an award of fees or costs to any party.

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c)(2), Third Party Plaintiffs, Travelers Casualty and Surety Company and New England Reinsurance Company and Third Party Defendant Port of Ridgefield, by and through their undersigned counsel, stipulate that all claims by and between them in the above-captioned matter, are dismissed with prejudice and without an award of fees or costs to any party.

DATED this 27th day of January, 2020.

GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP

By *s/ Jonathan B. Sokol*
   David E. Cranston, *Pro Hac Vice*
   Jonathan B. Sokol, *Pro Hac Vice*
   1900 Avenue of the Stars, 21st Floor
   Los Angeles, CA 90067
   Telephone:  (301) 758-6897
   Email: dcranston@greenbergglusker.com
   Email: jsokol@greenbergglusker.com

   *Attorneys for Plaintiff Union Pacific*
   *Railroad Company*

DAVIS WRIGHT TREMAINE LLP

By *s/ Nancy A. Brownstein*
   Everett W. Jack, Jr, WSBA No. 47076
   Steven P. Caplow, WSBA No. 19843
   Nancy A. Brownstein, WSBA No. 50150
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone:  (206) 622-3150
   Email: jacke@dwt.com
   Email: stevencaplow@dwt.com
   Email: nancybrownstein@dwt.com

   *Attorneys for Travelers Casualty and*
   *Surety Company (f/k/a The Aetna Casualty*
   *and Surety Company)*

FORSBERG & UMLAUF, P.S.

By *s/ Matthew S. Adams*
   Matthew S. Adams, WSBA #18820

KARBAL, COHEN, ECONOMOU, SILK &
   DUNNE LLC

By *s/ Wayne S. Karbal*
   Wayne S. Karbal, *pro hac vice*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(No. 3:18-cv-5648-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Charles A. Henty, WSBA #39222
901 5th Avenue, Suite 1400
Seattle, WA 98164-1039
Telephone: (206) 689-8500
Email: madams@foum.law
Email: chenty@foum.law

*Attorneys for Defendant Continental Insurance Company*

Alan M. Posner, *pro hac vice*
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
Telephone:  (312) 431-3700
wkarbal@karballaw.com
aposner@karballaw.com

*Attorneys for Defendant New England Reinsurance Corporation*

STOEL RIVES LLP

By *s/ Maren R. Norton*
Maren R. Norton, WSBA #35435
Rachel D. Groshong, WSBA #47021
600 University Street, Suite 3600
Seattle, WA 98101-3197
Telephone:  (206) 624-0900
Email: rachel.groshong@stoel.com
Email: maren.norton@stoel.com

*Attorneys for Third Party Defendant Port of Ridgefield*

## ORDER

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), all claims between and among Plaintiff, Union Pacific Railroad Company and defendants, Travelers Casualty and Surety Company, New England Reinsurance Company and Continental Insurance Company, in the above-captioned matter, are dismissed with prejudice and without an award of fees or costs to any party.

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c)(2), all claims between and among Third Party Plaintiffs, Travelers Casualty and Surety Company and New England Reinsurance Company's and Third Party Defendant Port of Ridgefield, in the above-captioned matter, are dismissed with prejudice and without an award of fees or costs to any party.

DATED this 7th day of January, 2020.

Ronald B. Leighton
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 3
(No. 3:18-cv-5648-RBL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2  Presented by:

3  DAVIS WRIGHT TREMAINE LLP

4  By *s/ Nancy A. Brownstein*
      Everett W. Jack, Jr, WSBA No. 47076
5     Steven P. Caplow, WSBA No. 19843
      Nancy A. Brownstein, WSBA No. 50150
6     920 Fifth Avenue, Suite 3300
      Seattle, WA 98104-1610
7     Telephone:  (206) 622-3150
      Email: jacke@dwt.com
8     Email: stevencaplow@dwt.com
      Email: nancybrownstein@dwt.com
9     *Attorneys for Travelers Casualty and Surety Company*
      *(f/k/a The Aetna Casualty and Surety Company)*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 4
(No. 3:18-cv-5648-RBL)
4820-3162-8719v.1 0023566-000120

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax